# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY J. ERMAN, for herself and on behalf of all similarly situated former hourly employees of Cooker Restaurant, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:04-1092 Judge Trauger |
| v. | ) ) | |
| JERRY D. WETHINGTON, RIVER CAPITAL PARTNERS, IV, L.P., RIVER CAPITAL INVESTORS IV, L.P., and RIVER GENERAL PARTNERS IV, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

On March 21, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the plaintiffs' Motion for Conditional Certification of Representative Action (Docket No. 22) be denied. No objections have been filed. The Report and Recommendation (Docket No. 113) is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiffs' Motion for Conditional Certification of Representative Action is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 31st day of March 2006.

_____
ALETA A. TRAUGER
U.S. District Judge