IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY J. ERMAN, for herself and on behalf of all similarly situated former hourly employees of Cooker Restaurant, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:04-1092 Judge Trauger |
| v. | ) ) | Magistrate Judge Griffin |
| JERRY D. WETHINGTON, RIVER CAPITAL PARTNERS, IV, L.P., RIVER CAPITAL INVESTORS IV, L.P., and RIVER GENERAL PARTNERS IV, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On August 21, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 134) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 25th day of September 2006.

_____
ALETA A. TRAUGER
U.S. District Judge